UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America,

        Plaintiff,

                                          ORDER ADOPTING
vs.                               REPORT AND RECOMMENDATION

Tracy Lee Shenett,

        Defendant.                       Crim. No. 05-431(MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That the Defendant's Motion to Suppress Evidence Obtained With a Warrant [Docket No. 13] is denied.


DATED: March 27, 2006                         s / Michael J. Davis
                                                   Michael J. Davis, Judge
                                                   United States District Court


At Minneapolis, Minnesota