## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

       Plaintiff,

**ORDER**

  v.

Criminal No. CR05-431 MJD/RLE

TRACY LEE SHENETT,

       Defendant.

This matter comes before the Court by way of defendant's *Motion for Extension of Time to File Objections to the Presentence Investigation and to File Position Pleadings* (ECF Document No. 36) seeking an Order allowing an extension to file said documents. Based upon the motion of defendant and the reasons stated therein, the Court now enters the following:

## **ORDER**

1.    Defendant's motion is GRANTED.

2.    The parties shall have until September 25, 2006 to file written objections to the PSI with the United States Probation Office.

3.    The parties shall have until October 2, 2006 to file with the Court any Position Pleadings.

Dated: August 16, 2006                       BY THE COURT:

                                                                  s / Michael J. Davis
                                                                  The Honorable Michael J. Davis